# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 1597 ASHFIELD VALLEY TRUST, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., <br><br> Defendant. | Case No. 2:14-cv-02123-JCM-CWH <br><br> **ORDER** |

Pending before the Court is a joint motion to stay discovery (#49) pending resolution of the motion for summary judgment (#46). The Court has considered the joint motion in light of the goals of Fed. R. Civ. P. 1 to "secure the just, speedy, and inexpensive" determination in all cases. As in several other cases involving similar issues, there is good cause to stay discovery pending resolution of the motion for summary judgment (#46). *See Premier One Holding, Inc. v. Federal National Mortgage Assoc., et al.*, 2:14-cv-02128-GMN-NJK (stayed pending resolution of summary judgment); *Williston Investment Group, LLC v. JPMorgan Chase Bank National Assoc., et al.*, 2:14-cv-02038-GMN-PAL (same); *Saticoy Bay, LLC Series 1702 Empire Mine v. Federal National Mortgage Assoc., et al.*, 2:14-cv-01975-GMN-NJK (same); *Elmer v. JP Morgan Chase Bank National Assoc., et al.*, 2:14-cv-01999-GMN-NJK (same). If necessary, the parties shall file a joint discovery plan within seven days of the issuance of the order resolving the motion for summary judgment

DATED: April 16, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**