Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

(Admitted *Pro Hac Vice*)
Asim Varma, Esq.
Michael A.F. Johnson, Esq.
ARNOLD & PORTER LLP
555 12th Street NW
Washington, DC 20004
Tel: (202) 942-5000   Fax: (202) 942-5999
Asim.Varma@aporter.com; Michael.Johnson@aporter.com

*Attorneys for Intervenor Federal Housing Finance Agency*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| 1597 ASHFIELD VALLEY TRUST; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al. <br><br> Defendants. <br><br> and <br><br> FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association, <br><br> Intervenor. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Counterclaimant, <br><br> and <br><br> FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association, <br><br> Intervenor. | CASE NO.: 2:14-cv-02123-JCM-CWH <br><br> **STIPULATION AND ORDER EXTENDING : (1) THE DEADLINE FOR FANNIE MAE AND FHFA TO FILE A REPLY TO ASHFIELD'S AND ABSOLUTE COLLECTION'S APRIL 10, 2015 OPPOSITIONS TO THEIR MOTION FOR SUMMARY JUDGMENT; AND (2) THE DEADLINE FOR FANNIE MAE AND FHFA TO FILE AN OPPOSITION TO ABSOLUTE COLLECTION'S APRIL 10, 2015 COUNTERMOTION FOR SUMMARY JUDGMENT** <br><br> **(First Request)** |

10296337

|   |   |
|---|---|
| vs.<br><br>1597 ASHFIELD VALLEY TRUST; et al.,<br><br>Counter-defendants. |   |
| AND RELATED CROSS-CLAIMS |   |

Plaintiff/Counter-Defendant, 1597 Ashfield Valley Trust, Trustee David Toth, and Trustee Sirwan Toth (collectively, "Ashfield"); Counter-Defendant Absolute Collection Services, LLC ("Absolute Collection"); Defendant/Counterclaimant, Federal National Mortgage Association ("Fannie Mae"); and Intervenor, Federal Housing Finance Agency ("FHFA"), by and through their undersigned counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED that the deadline for Fannie Mae and FHFA to file their reply to Ashfield's and Absolute Collection's Oppositions to Fannie Mae and FHFA's Motion for Summary Judgment is extended to May 13, 2015.

IT IS FURTHER AGREED AND STIPULATED that the deadline for Fannie Mae and FHFA to file their Opposition to Absolute Collection's Countermotion for Summary Judgment is extended to May 13, 2015.

DATED this 22nd day of April, 2015.

| **PITE DUNCAN, LLP** | **KANG & ASSOCIATES, PLLC** |
|---|---|
| By:   /s/   Laurel I. Handley<br>       Laurel I. Handley, Esq. (SBN 9576)<br>       Krista J. Nielson, Esq. (SBN 10698)<br>       520 South 4th Street, Suite 360<br>       Las Vegas, Nevada  89101<br>       Tel: (858) 750-7600  Fax: (702) 685-6342<br>       lhandley@piteduncan.com;<br>       knielson@piteduncan.com<br><br>*Attorneys for Defendant/Counterclaimant Federal National Mortgage Association* | By:  /s/ Erica D. Loyd<br>       Erica D. Loyd, Esq. (SBN 10922)<br>       Patrick W. Kang, Esq. (SBN 10381)<br>       6480 W. Spring Mountain Rd., Suite 1<br>       Las Vegas, Nevada  89156<br>       Tel: (702) 333-4223 Fax: (702) 507-1468<br>       eloyd@acelawgroup.com;<br>       pkang@acelawgroup.com<br><br>*Attorneys for Plaintiffs and Counter-Defendants 1597 Ashfield Valley Trust, David Toth and Sirwan Toth* |

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

10296337

2

| | |
|---|---|
| **FENNEMORE CRAIG, P.C.**<br><br>By:   /s/   Leslie Bryan Hart<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228   Fax: 775-788-2229<br>lhart@fclaw.com;  jtennert@fclaw.com<br>and<br>**ARNOLD & PORTER LLP**<br>(Admitted *Pro Hac Vice*)<br>Asim Varma, Esq.<br>Michael A.F. Johnson, Esq.<br><br>*Attorneys for Intervenor Federal Housing Financing Agency*<br><br>**LAW OFFICES OF CHARLES GEISENDORF**<br><br>By:  /s/   Charles Geisendorf<br>Charles Geisendorf, Esq. (SBN 6985)<br>2300 W. Sahara Ave., Suite 650<br>Las Vegas, Nevada 89102<br>Tel: (702) 873-5868<br>Charles@clgltd.com<br><br>*Attorneys for Counter-Defendant Absolute Collection Services, LLC* | **GORDON & REES LLP**<br><br>By:   /s/ Ashlie L. Surur<br>Joseph P. Hardy, Esq. (SBN 7370)<br>Ashlie L. Surur, Esq. (SBN 11290)<br>3770 Howard Hughes Pkwy, Suite 100<br>Las Vegas, NV  889169<br>Tel: (702) 57-9300 Fax: (702) 255-2858<br>jhardy@gordonrees.com<br>asurur@gordonrees.com<br><br>*Attorneys for Counter-Defendant Hiddencrest/ Parkhurst Community Association* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  April 28, 2015

10296337

3