1  JOSEPH P. HARDY, ESQ.
   Nevada Bar No. 7370
2  ASHLIE L. SURUR, ESQ.
   Nevada Bar No. 11290
3  **GORDON & REES LLP**
   3770 Howard Hughes Parkway, Suite 100
4  Las Vegas, Nevada  89169
   Telephone:  (702) 577-9300
5  Facsimile:  (702) 255-2858
   Email: jhardy@gordonrees.com
6          asurur@gordonrees.com

7  Attorneys For:  Counterdefendant HIDDENCREST/
   PARKHURST COMMUNITY ASSOCIATION
8

9                  **UNITED STATES DISTRICT COURT**

10                    **DISTRICT OF NEVADA**

11  1597 ASHFIELD VALLEY TRUST, a Nevada Trust; )   CASE NO. 2:14-cv-2123-JCM-CWH
    DAVID TOTH and SIRWAN TOTH, Trustees,       )
12                                              )
                    Plaintiffs,                 )
13                                              )
        vs.                                     )   **STIPULATION AND ORDER TO**
14                                              )   **EXTEND TIME FOR**
    FEDERAL NATIONAL MORTGAGE                   )   **COUNTERDEFENDANT TO**
15  ASSOCIATION SYSTEM, a Delaware Association; )   **RESPOND TO COUNTERCLAIM**
    VENTA FINANCIAL GROUP, INC., a Nevada       )
16  Corporation; OSCAR MORENO, an Individual;   )
    DOES, 1 through 25 inclusive; and ROE       )
17  CORPORATIONS, I through X, inclusive,       )
                                                )
18                  Defendants.                 )
                                                )
19  _____)
                                                )
    FEDERAL NATIONAL MORTGAGE                   )
20  ASSOCIATION SYSTEM,                          )
                                                )
21                  Counterclaimant,            )
                                                )
22      vs.                                     )
                                                )
23  1597 ASHFIELD VALLEY TRUST, a Nevada Trust; )
    DAVID TOTH and SIRWAN TOTH, Trustees;       )
24  HIDDENCREST/PARKHURST COMMUNITY             )
    ASSOCIATION, a Nevada non-Profit Corporation; )
25  and ABSOLUTE COLLECTION SERVICES, LLC, a)
    Nevada Limited-Liability Company,           )
26                                              )
                    Counterdefendants.          )
27  _____)

28

-1-

1

2

### STIPULATION AND ORDER TO EXTEND TIME FOR COUNTERDEFENDANT TO RESPOND TO COUNTERCLAIM

3       IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys of record

4    for Counterclaimant FEDERAL HOUSING FINANCE AGENCY ("FHFA") and

5    Counterdefendants HIDDENCREST/PARKHURST COMMUNITY ASSOCIATION

6    ("Hiddencrest") that the deadline for Hiddencrest to respond to FHFA's Counterclaim is

7    extended to May 1, 2015.  Hiddencrest seeks the extension to permit its counsel sufficient time

8    to prepare the response.

9       DATED this 27th day of April 2015          DATED this 27th day of April, 2015.

10      FENNEMORE CRAIG                             GORDON & REES LLP

11      */s/ Leslie Bryan Hart*                     */s/ Joseph P. Hardy*
        Leslie Bryan Hart, Esq. (SBN 4932)          JOSEPH P. HARDY, ESQ.
12      John D. Tennert, Esq. (SBN 11728)           Nevada Bar No. 7370
        300 East Second Street, Suite 1510          ASHLIE L. SURUR, ESQ.
13      Reno, Nevada 89501                          Nevada Bar No. 11290
        *and*                                       3770 Howard Hughes Parkway, Suite 100
14      Asim Varma, Esq. (*Pro Hac Vice*)           Las Vegas, Nevada  89169
        Michael A.F. Johnson, Esq. (*Pro Hac*       *Attorneys for Counterdefendant*
15      *Vice*)
        ARNOLD & PORTER
16      555 12th Street NW
        Washington, DC 20004
17      *Attorneys for Federal Housing Finance*
        *Agency*
18

19

20                              **ORDER**

21      IT IS SO ORDERED this ___28th___ day of _ April ___, 2015.

22

23

24      _____
        C.W. Hoffman, Jr.
25      United States Magistrate Judge

26

27

28

1103025/23243278v.1