1  Leslie Bryan Hart, Esq. (SBN 4932)
   John D. Tennert, Esq. (SBN 11728)
2  FENNEMORE CRAIG, P.C.
   300 E. Second St., Suite 1510
3  Reno, Nevada 89501
   Tel: 775-788-2228   Fax: 775-788-2229
4  lhart@fclaw.com; jtennert@fclaw.com

5  (Admitted *Pro Hac Vice*)
   Asim Varma, Esq.
6  Michael A.F. Johnson, Esq.
   ARNOLD & PORTER LLP
7  555 12th Street NW
   Washington, DC 20004
8  Tel: (202) 942-5000   Fax: (202) 942-5999
   Asim.Varma@aporter.com; Michael.Johnson@aporter.com
9
   *Attorneys for Intervenor Federal Housing Finance Agency*
10

11              **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF NEVADA**
12

| | |
|---|---|
| 13  1597 ASHFIELD VALLEY TRUST; et al., | CASE NO.: 2:14-cv-02123-JCM-CWH |
| 14                      Plaintiffs, | |
|      vs. | **STIPULATION AND** |
| 15 | **ORDER EXTENDING: (1) THE** |
|      | **DEADLINE FOR FANNIE MAE AND** |
| 16  FEDERAL NATIONAL MORTGAGE | **FHFA TO FILE A REPLY TO** |
|      ASSOCIATION; et al. | **ASHFIELD'S AND ABSOLUTE** |
| 17 | **COLLECTION'S APRIL 10, 2015** |
|                      Defendants. | **OPPOSITIONS TO FANNIE MAE AND** |
| 18  and | **FHFA'S MOTION FOR SUMMARY** |
| 19 | **JUDGMENT; AND (2) THE DEADLINE** |
|      FEDERAL HOUSING FINANCE AGENCY, | **FOR FANNIE MAE AND FHFA TO FILE** |
| 20  as Conservator of the Federal National | **AN OPPOSITION TO ABSOLUTE** |
|      Mortgage Association, | **COLLECTION'S APRIL 10, 2015** |
| 21                      Intervenor. | **COUNTERMOTION FOR SUMMARY** |
|      | **JUDGMENT** |
| 22  FEDERAL NATIONAL MORTGAGE | |
|      ASSOCIATION, | **(SECOND REQUEST)** |
| 23                      Counterclaimant, | |
| 24  and | |
|      FEDERAL HOUSING FINANCE AGENCY, | |
| 25  as Conservator of the Federal National | |
|      Mortgage Association, | |
| 26 | |
| 27                      Intervenor. | |

28

10401783

1  vs.

2  1597 ASHFIELD VALLEY TRUST; et al.,

3  Counter-defendants.

4

5  AND RELATED CROSS-CLAIMS

6

7  Plaintiff/Counter-Defendant, 1597 Ashfield Valley Trust, Trustee David Toth, and

8  Trustee Sirwan Toth (collectively, "Ashfield"); Counter-Defendant Absolute Collection

9  Services, LLC ("Absolute Collection"); Defendant/Counterclaimant, Federal National Mortgage

10  Association ("Fannie Mae"); and Intervenor, Federal Housing Finance Agency ("FHFA"), by

11  and through their undersigned counsel, hereby agree and stipulate as follows:

12  IT IS HEREBY AGREED AND STIPULATED that the deadline for Fannie Mae and

13  FHFA to file their reply to Ashfield's and Absolute Collection's Oppositions to Fannie Mae and

14  FHFA's Motion for Summary Judgment is extended to May 20, 2015.

15  IT IS FURTHER AGREED AND STIPULATED that the deadline for Fannie Mae and

16  FHFA to file their Opposition to Absolute Collection's Countermotion for Summary Judgment is

17  extended to May 20, 2015.

18  This extension is appropriate because counsel for Fannie Mae and FHFA are involved in

19  nearly two dozen related cases pending in this District and are facing deadlines in many of these

20  cases as well.

21  DATED this 13th day of May, 2015.

22  **PITE DUNCAN, LLP**                          **KANG & ASSOCIATES, PLLC**
   By: ___/s/ Laurel I. Handley___              By: ___/s/ Erica D. Loyd___

23     Laurel I. Handley, Esq. (SBN 9576)          Erica D. Loyd, Esq. (SBN 10922)
       Krista J. Nielson, Esq. (SBN 10698)         Patrick W. Kang, Esq. (SBN 10381)

24     520 South 4th Street, Suite 360             6480 W. Spring Mountain Rd., Suite 1
       Las Vegas, Nevada 89101                     Las Vegas, Nevada 89156

25     Tel: (858) 750-7600  Fax: (702) 685-6342    Tel: (702) 333-4223 Fax: (702) 507-1468
       lhandley@piteduncan.com;                    eloyd@acelawgroup.com;

26     knielson@piteduncan.com                     pkang@acelawgroup.com
   *Attorneys for Defendant/Counterclaimant*       *Attorneys for Plaintiffs and Counter-*

27  *Federal National Mortgage Association*         *Defendants 1597 Ashfield Valley Trust, David*
                                                    *Toth and Sirwan Toth*

28

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

10401783

2

1

**FENNEMORE CRAIG, P.C.**

**GORDON & REES LLP**

2

By: ____/s/  Leslie Bryan Hart_____
    Leslie Bryan Hart, Esq. (SBN 4932)

By: ___/s/  Ashlie L. Surur_____
    Ashlie L. Surur, Esq. (SBN 11290)

3

    John D. Tennert, Esq. (SBN 11728)
    300 E. Second St., Suite 1510

    3770 Howard Hughes Pkwy, Suite 100
    Las Vegas, NV  889169

4

    Reno, Nevada 89501
    Tel: 775-788-2228   Fax: 775-788-2229

    Tel: (702) 57-9300 Fax: (702) 255-2858
    asurur@gordonrees.com

5

    lhart@fclaw.com;   jtennert@fclaw.com
    and

*Attorneys for Counter-Defendant Hiddencrest/*

6

    **ARNOLD & PORTER LLP**
    (Admitted *Pro Hac Vice*)

*Parkhurst Community Association*

7

    Asim Varma, Esq.
    Michael A.F. Johnson, Esq.

8

9

*Attorneys for Intervenor Federal Housing*
*Financing Agency*

10

**LAW OFFICES OF CHARLES**
**GEISENDORF**

11

12

By: ____/s/  Charles Geisendorf_____
    Charles Geisendorf, Esq. (SBN 6985)

13

    2300 W. Sahara Ave., Suite 650
    Las Vegas, Nevada 89102

    Tel: (702) 873-5868

14

    Charles@clgltd.com

15

*Attorneys for Counter-Defendant Absolute*
*Collection Services, LLC*

16

17

18

**<u>ORDER</u>**

19

**IT IS SO ORDERED.**

20

21

_____
UNITED STATES DISTRICT JUDGE

22

DATED: May 18, 2015                    _____

23

24

25

26

27

28

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

10401783

3