1

2

3

4               UNITED STATES DISTRICT COURT

5                    DISTRICT OF NEVADA

6                          * * *

7   1597 ASHFIELD VALLEY TRUST, et al.,          Case No. 2:14-CV-2123 JCM (CWH)

8                              Plaintiff(s),                    ORDER

9          v.

10  FEDERAL NATIONAL MORTGAGE
    ASSOCIATION SYSTEM, et al.,
11
12                              Defendant(s).

13

14         Presently before the court is the matter of *1597 Ashfield Valley Trust v. Federal National*

15  *Mortgage Association*, case number 2:14-cv-2123-JCM-CWH.

16         Plaintiff filed this case in state court on November 18, 2014, asserting claims against

17  multiple defendants. (Doc. # 1-1). Defendant Federal National Mortgage Association removed the

18  case to this court on December 15, 2014. (Doc. # 1). Plaintiff has not filed proof of service of the

19  complaint as to one defendant, Venta Financial Group, Inc. (Venta).

20         Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 120

21  days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—

22  must dismiss the action without prejudice."

23         On May 11, 2015, pursuant to Federal Rule of Civil Procedure 4(m), the clerk of the court

24  provided notice to plaintiff that the court would dismiss plaintiff's claims against defendant Venta

25  if plaintiff did not file proof of service of process within thirty days. (Doc. # 62). The deadline has

26  passed for plaintiff to file proof of service.

27  . . .

28  . . .

James C. Mahan
U.S. District Judge

1    Accordingly,

2        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's claims against

3    defendant Venta Financial Group, Inc., be, and the same hereby are, DISMISSED without

4    prejudice.

5        DATED August 10, 2015.

6    _____

7    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

James C. Mahan
U.S. District Judge