UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 1597 ASHFIELD VALLEY TRUST, et al., <br>         Plaintiffs, <br> vs. <br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., <br>         Defendant. | Case No. 2:14-cv-02123-JCM-CWH <br><br> **ORDER** |

On April 16, 2015, the Court entered an order staying discovery pending the resolution of the motions for summary judgment in this case.  (Order (ECF No. 54).)  The Court further directed the parties to file a joint discovery plan, if necessary, within seven days of the issuance of the order resolving the motions for summary judgment.  (*Id.*)  The order resolving the motions for summary judgment was entered on July 28, 2015.  (Order (ECF No. 74).)

IT IS THEREFORE ORDERED that the parties must meet and confer and file a joint status report regarding whether additional discovery is needed in this case on or before October 14, 2015.

DATED: September 23, 2015.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge