# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 1597 ASHFIELD VALLEY TRUST, et al., | Case No. 2:14-cv-02123-JCM-CWH |
| Plaintiffs, | **ORDER** |
| vs. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., | |
| Defendants. | |

IT IS ORDERED that Defendant Oscar Moreno's Motion to Substitute Attorneys (ECF No. 79) is GRANTED.

IT IS FURTHER ORDERED that for good cause shown, the undersigned must recuse himself from this case. The Clerk of Court therefore shall randomly reassign this case to a new magistrate judge.

DATED: October 6, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**