# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

1597 ASHFIELD VALLEY TRUST, a Nevada Trust; DAVID TOTH and SIRWAN TOTH, Trustees,

        Plaintiffs,

vs.

FEDERAL NATIONAL MORTGAGE ASSOCIATION SYSTEM, *et al.*,

        Defendants.

Case No. 2:14-cv-02123-JCM-GWF

**ORDER**

This matter is before the Court on the Joint Status Report (#82) filed October 14, 2015. Discovery in this case being complete, **IT IS HEREBY ORDERED** that any further motions for summary judgment shall be filed within 30 days of the date of this Order, no later than **November 16, 2015**.

DATED this 16th day of October, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge