ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
**GORDON & REES LLP**
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada  89169
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
Email: rlarsen@gordonrees.com
　　　　asurur@gordonrees.com

*Attorneys for Hiddencrest/Parkhurst Community Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 1597 ASHFIELD VALLEY TRUST, a Nevada Trust; DAVID TOTH and SIRWAN TOTH, Trustees,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION SYSTEM, a Delaware Association; VENTA FINANCIAL GROUP, INC., a Nevada Corporation; OSCAR MORENO, an Individual; DOES, 1 through 25 inclusive; and ROE CORPORATIONS, I through X, inclusive,<br><br>　　　　Defendants.<br><hr>FEDERAL NATIONAL MORTGAGE ASSOCIATION SYSTEM,<br><br>　　　　Counterclaimant,<br><br>vs.<br><br>1597 ASHFIELD VALLEY TRUST, a Nevada Trust; DAVID TOTH and SIRWAN TOTH, Trustees; HIDDENCREST/PARKHURST COMMUNITY ASSOCIATION, a Nevada non-Profit Corporation; and ABSOLUTE COLLECTION SERVICES, LLC, a Nevada Limited-Liability Company,<br><br>　　　　Counterdefendants. | CASE NO. 2:14-cv-2123-JCM-GWF<br><br>**STIPULATION TO EXTEND BRIEFING ON COUNTERMOTION FOR SUMMARY JUDGMENT (ECF NO. 96]**<br><br>**(First Request)** |

-1-

**STIPULATION TO EXTEND BRIEFING ON COUNTERMOTION FOR SUMMARY JUDGMENT (ECF NO. 96)**

**(First Request)**

Pursuant to Local Rules 6-1 and 7-1, the parties, by and through their attorneys of record, submit the following stipulation for the Court's review and approval.

1. On October 16, 2015, this Court issued an order setting November 16, 2015 as the deadline to file further motions for summary judgment. ECF No. 84.

2. On December 10, 2015, Oscar Moreno file an opposition to a motion for summary judgment filed by several defendants. ECF No. 96.

3. Moreno's opposition contained a countermotion for summary judgment. ECF No. 96.

4. The parties believe that Moreno's countermotion for summary judgment complies with the Court's October 16, 2015 Order, but to the extent this Court considers Moreno's countermotion for summary judgment as untimely under the October 16, 2015 order, the parties agree that this Court should grant Moreno leave to file the countermotion for summary judgment (ECF No. 96) because the parties desire to have all remaining claims and issues resolved by motion so necessary appeals may proceed.

5. The parties also agree that they should be afforded the same timeline set forth in Local Rule 7-2 to file responses and replies to Moreno's countermotion for summary judgment.

6. Therefore, any responses to Moreno's countermotion for summary judgment (ECF No. 96) must be filed and served by January 8, 2016.

/ / /

/ / /

/ //

/ / /

/ / /

/ / /

/ / /

/ / /

7. Any replies to responses to Moreno's countermotion for summary judgment (ECF No. 96) must be filed and served in accordance with Local Rule 7-2(e) or January 25, 2015.

| DATED: January 4, 2016. | DATED: January 4, 2016. |
|---|---|
| FENNEMORE CRAIG | GORDON & REES LLP |
| */s/ John D. Tennert* <br> Leslie Bryan Hart, Esq. (SBN 4932) <br> John D. Tennert, Esq. (SBN 11728) <br> 300 East Second Street, Suite 1510 <br> Reno, Nevada 89501 <br> *Attorneys for Federal Housing Finance Agency* | */s/ Ashlie L. Surur* <br> Robert S. Larsen, Esq. (SBN 7785) <br> Ashlie L. Surur, Esq. (SBN 11290) <br> 3770 Howard Hughes Parkway, Suite 100 <br> Las Vegas, Nevada 89169 <br> *Attorneys for Hiddencrest/Parkhurst Community Association* |
| DATED: January 4, 2016. | DATED: January 4, 2016. |
| ALDRIDGE PITE, LLP | CHARLES L. GEISENDORF, LTD. |
| */s/ Laurel I. Handley* <br> Laurel I. Handley, Esq. (SBN 9576) <br> Krista J. Nielson, Esq. (SBN 10698) <br> 520 South Fourth Street, Suite 360 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Federal National Mortgage Association System* | */s/ Charles L. Geisendorf* <br> Charles L. Geisendorf, Esq. (SBN 6985) <br> 2520 St. Rose Parkway, Suite 311 <br> Henderson, Nevada 89074 <br> *Attorneys for Absolute Collection Services, LLC* |
| DATED: January 4, 2016. | DATED: January 4, 2016. |
| BLACK & LOBELLO | KANG & ASSOCIATES |
| */s/ Maximiliano D. Couvillier, III, Esq.* <br> Maximiliano D. Couvillier, III, Esq. (SBN 7661) <br> 10777 West Twain Avenue, Suite 300 <br> Las Vegas, Nevada 89135 <br> *Attorneys for Oscar Moreno* | */s/ Erica D. Lloyd, Esq.* <br> Patrick W. Kang, Esq. (SBN 10381) <br> Erica D. Loyd, Esq. (SBN 10922) <br> 6480 Spring Mountain Road, Suite 1 <br> Las Vegas, Nevada 89146 <br> *Attorneys for 1597 Ashfield Valley Trust* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 6, 2016