# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 1597 ASHFIELD VALLEY TRUST, a Nevada Trust; DAVID TOTH and SIRWAN TOTH, Trustees,<br><br>        Plaintiffs,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION SYSTEM, *et al.*,<br><br>        Defendants. | Case No. 2:14-cv-02123-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Patrick Kang, Esq.'s Motion to Withdraw as Counsel for Plaintiffs 1597 Ashfield Valley Trust, David Toth and Sirwan Toth (ECF No. 127), filed on October 18, 2016. To date, no party has filed a response to this motion and the time for opposition has now expired. Furthermore, the movant substantially establishes good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Patrick Kang, Esq.'s Motion to Withdraw as Counsel for Plaintiffs 1597 Ashfield Valley Trust, David Toth and Sirwan Toth (ECF No. 127) is **granted**.

**IT IS FURTHER ORDERED** that 1597 Ashfield Valley Trust must retain new counsel if it intends to continue to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). The rationale for that rule applies equally to all artificial entities. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202, 113 S. Ct. 716, 721 (1993). Therefore, 1597 Ashfield Valley Trust shall have until **November 29, 2016**, to advise the Court if it will retain new counsel.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. add the last known address of Plaintiffs 1597 Ashfield Valley Trust, David Toth and Sirwan Toth to the civil docket:

   **1597 Ashfield Valley Trust**
   **David Toth**
   **Sirwan Toth**
   **8556 Grand Palms Circle**
   **Las Vegas, Nevada 89131**
   **dnsrealtylv@gmail.com**
   **(702) 994-9141**

2. serve Plaintiffs 1597 Ashfield Valley Trust, David Toth and Sirwan Toth with a copy of this order at their last known address listed above.

DATED this 8th day of November, 2016.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE