# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

1597 ASHFIELD VALLEY TRUST, a Nevada Trust; DAVID TOTH and SIRWAN TOTH, Trustees,

    Plaintiffs,

vs.

FEDERAL NATIONAL MORTGAGE ASSOCIATION SYSTEM, *et al.*,

    Defendants.

Case No. 2:14-cv-02123-JCM-GWF

**ORDER**

This matter is before the Court on Defendant Federal National Mortgage Association's Motion to Remove Attorney from Service List (ECF No. 136), filed on November 23, 2016.

Counsel for Defendant represents that Krista J. Nielson, Esq. is no longer associated with the law firm Aldridge Pite, LLP. Therefore, counsel requests that Ms. Nielson be removed as attorney of record for Defendant. Counsel also indicates that Ms. Nielson's withdrawal will not delay or prejudice the proceedings in this matter because Defendant will continue to be represented by attorneys Jory C. Garabedian, Esq. and Laurel I. Handley, Esq. of Aldridge Pite, LLP. The Court finds that counsel has provided good cause to justify granting Ms. Nielson's withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Federal National Mortgage Association's Motion to Remove Attorney from Service List (ECF No. 136) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Krista J. Nielson, Esq. from the CM/ECF service list in this case.

DATED this 28th day of November, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge