1   **BLACK & LOBELLO**
    Maximiliano D. Couvillier, III, Esq.
2   (SBN 7661)
    10777 West Twain Avenue, Suite 300
3   Las Vegas, Nevada  89135
    Telephone: (702) 869-8801
4   Facsimile: (702) 869-2669
5   mcouvillier@blacklobellolaw.com

6   *Attorneys for Defendant, OSCAR MORENO*

7

8                       **UNITED STATES DISTRICT COURT**

9                            **DISTRICT OF NEVADA**

10  1597 ASHFIELD VALLEY TRUST, a Nevada Trust; )   CASE NO. 2:14-cv-2123-JCM-GWF
    DAVID TOTH and SIRWAN TOTH, Trustees,     )
11                                            )
                                              )
12                    Plaintiffs,             )   **AMENDED STIPULATION AND**
                                              )   **ORDER TO EXTEND TIME TO**
13       vs.                                  )   **FILE RESPONSE TO**
                                              )   **FHFA/FNMA'S MOTION FOR**
14  FEDERAL NATIONAL MORTGAGE                 )   **SUMMARY JUDGMENT (ECF**
    ASSOCIATION SYSTEM, a Delaware Association; )  **NO. 126]**
15  VENTA FINANCIAL GROUP, INC., a Nevada     )
    Corporation; OSCAR MORENO, an Individual; )   **(First Request)**
16  DOES, 1 through 25 inclusive; and ROE     )
    CORPORATIONS, I through X, inclusive,     )
17                                            )
                      Defendants.             )
18  _____   )
                                              )
19  FEDERAL NATIONAL MORTGAGE                 )
    ASSOCIATION SYSTEM,                       )
20                                            )
                    Counterclaimant,          )
21                                            )
         vs.                                  )
22                                            )
    1597 ASHFIELD VALLEY TRUST, a Nevada Trust; )
23  DAVID TOTH and SIRWAN TOTH, Trustees;     )
    HIDDENCREST/PARKHURST COMMUNITY           )
24  ASSOCIATION, a Nevada non-Profit Corporation; )
    and ABSOLUTE COLLECTION SERVICES, LLC, a) )
25  Nevada Limited-Liability Company,         )
                                              )
26                    Counterdefendants.      )
    _____   )
27

28

-1-

## STIPULATION TO EXTEND

### (First Request)

Pursuant to Local Rules 6-1, the parties, by and through their attorneys of record, submit the following stipulation for the Court's review and approval.

1. On August 2, 2016, this Court issued an order denying the FHFA/FNMA's motion for summary judgment without prejudice and directed the FHFA/FNMA to re-file its motion after notifying the Attorney General of Nevada that this action involves a constitutional challenge to Nevada statute. See ECF No. 119.

2. On October 18, 2016, FHFA/FNMA to re-filed its motion for summary judgment. ECF No. 126.

3. On November 14, 2016, Moreno re-newed his response to FHFA/FNMA's motion for summary judgment. ECF No. 130.

4. The parties understand that the inadvertently delayed November 14, 2016 filing resulted from the fact that lead counsel for Moreno is serving in a month-long trial for the entire month of November in Reno, Nevada and failure of synchronization of internal calendars between lead counsel and other staff monitoring the case.

5. The parties agree that this Court should grant Moreno leave to re-new his response and countermotion for summary judgment (ECF No. 132) because the parties desire to have all remaining claims and issues resolved by motion so necessary appeals may proceed. Moreno may have up to an including November 15, 2016 to file and renew his response to the motion for summary judgment

DATED: November _28th_, 2016.

**BLACK & LOBELLO**

*/s/ Maximiliano D. Couvillier, III, Esq.*
Maximiliano D. Couvillier, III, Esq.
(SBN 7661)
10777 West Twain Avenue, Suite 300
Las Vegas, Nevada  89135
*Attorneys for Oscar Moreno*

DATED: November _28th_, 2016.

**ALDRIDGE PITE, LLP**

*/s/ Jory C. Garabedian*
Laurel I. Handley, Esq. (SBN 9576)
Jory C. Garabedian, Esq. (SBN 10352)
520 South Fourth Street, Suite 360
Las Vegas, Nevada  89101
*Attorneys for Federal National Mortgage Association and Federal Housing Finance Agency*

-2-

1

2 DATED:  November  28th , 2016.

3 **FENNEMORE CRAIG JONES VARGAS**

4 _/s/ Leslie Bryan Hart, Esq._
Leslie Bryan Hart, Esq.
5 (SBN 4932)
300 E. Second St., Ste. 1510
6 Reno, Nevada 89501

7
Michael A.F. Johnson, Esq.
8 Asim Varma, Esq.
Arnold & Porter LLP
9 601 Massachusetts Avenue, NW
10 Washington, DC 20001

11 Attorneys for Defendant FEDERAL
HOUSING FINANCE AGENCY
12

13

14 **ORDER**

15

16 IT IS SO ORDERED that Oscar Moreno's response to FHFA/FNMA's Motion for

17 Summary Judgment (ECF No. 130) shall be due on November 15, 2016.

18

19 _____
UNITED STATES DISTRICT JUDGE
20
November 29, 2016
DATED: _____
21
NUNC PRO TUNC 11/15/2016
22 Respectfully submitted:

23 **BLACK & LOBELLO**

24 _/s/ Maximiliano D. Couvillier, III, Esq._
Maximiliano D. Couvillier, III, Esq.
25 (SBN 7661)
10777 West Twain Avenue, Suite 300
26 Las Vegas, Nevada  89135
27 _Attorneys for Oscar Moreno_

28

1103025/26165598v.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 28th day of November, 2016, I served a copy of the foregoing **STIPULATION AND AMENDED ORDER TO EXTEND TIME TO FILE RESPONSE TO FHFA/FNMA'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 126] (First Request)** through the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.


                                    */s/ Shirley Blackburn*
                                    An employee of Black & LoBello