UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 1597 ASHFIELD VALLEY TRUST, a Nevada Trust; DAVID TOTH and SIRWAN TOTH, Trustees,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION SYSTEM, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:14-cv-02123-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff 1597 Ashfield Valley Trust's failure to retain new counsel. On November 8, 2016, the Court ordered Plaintiff to retain new counsel on or before November 29, 2019. (ECF No. 128). A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). The rationale for that rule applies equally to all artificial entities. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202, 113 S. Ct. 716, 721 (1993). If Plaintiff intends to continue to litigate this matter, it is required to obtain legal counsel. To date, Plaintiff has not complied. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall show cause, in writing, no later than **December 23, 2016**, why sanctions should not be imposed for the failure to comply with this Court's prior order. Failure to timely respond to this Order to Show Cause may result in the imposition of sanctions up to and including a recommendation to the District Judge that the Complaint be dismissed for violation of the Court's order.

DATED this 8th day of December, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge