1
2
3
4                              UNITED STATES DISTRICT COURT
5                                   DISTRICT OF NEVADA
6                                          * * *
7   1597 ASHFIELD VALLEY TRUST, et al.,         Case No. 2:14-CV-2123 JCM (GWF)
8                                Plaintiff(s),                ORDER
9          v.
10  FEDERAL NATIONAL MORTGAGE
    ASSOCIATION SYSTEM, et al.,
11
12                               Defendant(s).
13
14          Presently before the court is Magistrate Judge Foley's report and recommendation that
15  "Plaintiff 1597 Ashfield Valley Trust's Complaint (ECF No. 1-1) be dismissed and default
16  judgment on Defendants' counterclaims be entered against Plaintiff 1597 Ashfield Valley Trust."
17  (ECF No. 143 at 2) (emphasis omitted).  No timely objections have been filed to the report and
18  recommendation.
19          This court "may accept, reject, or modify, in whole or in part, the findings or
20  recommendations made by the magistrate."  28 U.S.C. § 636(b)(1).  If a party fails to object to a
21  magistrate judge's report and recommendation, however, the court is not required to conduct "any
22  review at all . . . of any issue that is not the subject of an objection."  *Thomas v. Arn*, 474 U.S. 140,
23  149 (1985).
24          Indeed, the Ninth Circuit has recognized that a district court is not required to review a
25  magistrate judge's report and recommendation where no objections have been filed.  *See United*
26  *States v. Reyna–Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review
27  employed by the district court when reviewing a report and recommendation to which no
28  objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003)

**James C. Mahan**
**U.S. District Judge**

1   (reading the Ninth Circuit's decision in *Reyna–Tapia* as adopting the view that district courts are

2   not required to review "any issue that is not the subject of an objection.").

3          Nevertheless, this court finds it appropriate to engage in a *de novo* review to determine

4   whether to adopt the recommendation of the magistrate judge.

5          This court holds that the magistrate judge properly recognized that this court informed

6   plaintiff of its need to retain counsel to appear in federal court.  (ECF Nos. 141, 143); *see also*

7   *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993).

8          Accordingly,

9          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the report and

10  recommendation of Magistrate Judge Foley (ECF No. 143) be, and the same hereby are,

11  ADOPTED in their entirety.

12         DATED May 30, 2017.

13                                                    _____
                                                      UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**