# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| 1597 ASHFIELD VALLEY TRUST, *et al.*, | )<br>) |
| Plaintiffs, | ) Case No. 2:14-cv-02123-JCM-GWF<br>) |
| vs. | ) **ORDER**<br>) |
| FEDERAL NATIONAL MORTGAGE,<br>ASSOCIATION SYSTEM, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

This matter is before the Court on Ashlie L. Surur, Esq.'s ("counsel") Motion for Leave to Withdraw (ECF No. 147), filed on June 5, 2017.

Counsel represents that she is no longer employed by the law firm of Gordon & Rees, LLP. Therefore, counsel requests that she be removed as attorney of record for Defendant Hiddencrest/Parkhurst Community Association. Counsel also indicates that her withdrawal will not delay the proceedings in this matter because Hiddencrest/Parkhurst Community Association will continue to be represented by Gordon & Rees, LLP. The Court finds that counsel has provided good cause to justify granting her withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Ashlie L. Surur, Esq.'s Motion for Leave to Withdraw (ECF No. 147) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Ashlie L. Surur, Esq. from the CM/ECF service list in this case.

DATED this 6th day of June, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge