UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| 1597 ASHFIELD VALLEY TRUST, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION SYSTEM, et al.,<br><br>Defendant(s). | Case No. 2:14-CV-2123 JCM (GWF)<br><br>ORDER |

Presently before the court is the matter of *1597 Ashfield Valley Trust et al v. Federal National Mortgage Association System et al*, case number 2:14-cv-02123-JCM-GWF.

On July 13, 2017, defendant Oscar Moreno filed a notice of withdrawal of defendant's motion for attorney's fees. (ECF No. 150). In the notice, defendant states that it withdraws its motion for attorney's fees "pursuant to a settlement agreement with plaintiff entered on or about July 11, 2017." (*Id.* at 2). Plaintiff 1597 Ashfield Valley Trust's notice of rescission of lis pendens also references a settlement between the parties. (ECF No. 151 at 1) ("[t]he parties have reached a settlement in the United States District Court, District of Nevada Case No. 2:14-cv-02123-JCM-GWF."). If the parties have reached a settlement, then defendant Moreno and defendant Federal National Mortgage Association's motions for summary judgment are likely moot. (*See* ECF Nos. 126, 131). The court requests an update from the parties regarding the referenced settlement.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

In light of the foregoing, the parties hereby have ten days from the date of this order to file a stipulation to dismiss or a joint status report.

Accordingly,

IT IS SO ORDERED.

DATED August 15, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**