# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

1597 ASHFIELD VALLEY TRUST, a Nevada Trust; DAVID TOTH and SIRWAN TOTH, Trustees,

        Plaintiffs,

vs.

FEDERAL NATIONAL MORTGAGE ASSOCIATION SYSTEM, *et al.*,

        Defendants.

Case No. 2:14-cv-02123-JCM-GWF

**ORDER**

This matter is before the Court on Yanxiong Li, Esq.'s Ex Parte Motion to Remove Counsel from CM/ECF Service List (ECF No. 158), filed on August 23, 2017.

Counsel represents that he is no longer associated with the law firm of Black & Lobello who is the current counsel for Defendant Oscar Moreno. Therefore, counsel requests that he be removed as attorney of record for Defendant Moreno. Counsel also indicated that his withdrawal will not delay or prejudice the proceedings in this matter because Defendant Moreno will continue to be represented by Maximiliano D. Couvillier, Esq. of Black & Lobello. The Court finds that counsel has provided good cause to justify granting his withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Yanxiong Li, Esq.'s Ex Parte Motion to Remove Counsel from CM/ECF Service List (ECF No. 158) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Yanxiong Li, Esq. from the CM/ECF service list in this case.

DATED this 24th day of August, 2017.

                                                            GEORGE FOLEY, JR.
                                                            United States Magistrate Judge