UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| 1597 ASHFIELD VALLEY TRUST, et al., | Case No. 2:14-CV-2123 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION SYSTEM, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *1597 Ashfield Valley Trust et al v. Federal National Mortgage Association System et al*, case number 2:14-cv-02123-JCM-GWF.

On August 23, 2017, the parties filed a joint status report. (ECF No. 153). In the report, the parties with currently outstanding claims stipulate to withdraw all pending claims.

In light of the foregoing, the parties are hereby ordered to submit a proposed final judgment to the court that comports with the stipulations and agreements in the joint status report.

In light of the parties proposed settlement, and the joint status report indicating that all parties will withdraw their outstanding claims, the court hereby dismisses defendant Oscar Moreno's motion for summary judgment (ECF No. 131), and intervenor Federal Housing Finance Agency (FHFA) and defendant Federal National Mortgage Association's (FNMA) joint motion for summary judgment (ECF No. 126). In light of the foregoing, those motions are moot.

Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a final proposed judgment in accordance with the parties' joint status report.

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED that defendant Moreno's motion for summary judgment
2 (ECF No. 131) be, and the same hereby is, DISMISSED as moot.
3    IT IS FURTHER ORDERED that intervenor FHFA and defendant FNMA's motion for
4 summary judgment (ECF No. 126) be, and the same hereby is, DISMISSED as moot.
5    DATED August 24, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**