Laurel I. Handley, Esq. (SBN 9576)
Jory C. Garabedian, Esq. (SBN 10352)
**ALDRIDGE PITE, LLP**
520 South 4th Street, Suite 360
Las Vegas, Nevada 89101
Tel: (858) 750-7600 Fax: (702) 685-6342
*lhandley@aldridgepite.com; jgarabedian@aldridgepite.com*
*Attorneys for Federal National Mortgage Association*

Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
**FENNEMORE CRAIG, P.C.**
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: (775) 788-2228   Fax: (775) 788-2229
*lhart@fclaw.com; jtennert@fclaw.com*

Asim Varma, Esq.
Michael A.F. Johnson, Esq.
**ARNOLD & PORTER, KAYE SCHOLER, LLP**
601 Massachusetts Ave, N.W
Washington, DC 20001
Tel: (202) 942-5000   Fax: (202) 942-5999
*Asim.Varma@aporter.com; Michael.Johnson@aporter.com*
*Attorneys for Federal Housing Finance Agency*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 1597 ASHFIELD VALLEY TRUST; DAVID TOTH and SIRWAN TOTH, Trustees,<br><br>Plaintiffs,<br><br>and<br><br>FEDERAL HOUSING FINANCE AGENCY,<br><br>Intervenor.<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; VENTA FINANCIAL GROUP; OSCAR MORENO; DOES 1 through 25; and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No. 2:14-cv-02123-JCM-GWF<br><br>**STIPULATION TO DISMISS REMAINING CLAIMS WITH PREJUDICE** |

1

|   |
|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, |
| Counterclaimant, |
| and |
| FEDERAL HOUSING FINANCE AGENCY, |
| Intervenor. |
| vs. |
| 1597 ASHFIELD VALLEY TRUST; DAVID TOTH and SIRWAN TOTH, Trustees; HIDDENCREST/ PARKHURST COMMUNITY ASSOCIATION; and ABSOLUTE COLLECTION SERVICES, LLC |
| Counter-defendants. |

## **STIPULATION TO DISMISS REMAINING CLAIMS WITH PREJUDICE**

Pursuant to this Court's Order entered on August 15, 2017 (ECF No. 152), and based on the Joint Status Report (ECF No. 155), the undersigned parties through their counsel of record, hereby stipulate and agree as follows:

Fannie Mae and Hiddencrest HOA hereby stipulate and agree to dismiss with prejudice the Declaratory Relief claim for relief or cause of action with each party to bear their own attorney's fees and costs.

Fannie Mae and ACS hereby stipulate and agree to dismiss with prejudice the Declaratory Relief claim for relief or cause of action with each party to bear their own attorney's fees and costs.

Moreno and Fannie Mae hereby stipulate and agree to dismiss with prejudice the Breach of Special Warranty Deed, Unjust Enrichment and Negligent Misrepresentation claims for relief or causes of action with each party to bear their own attorney's fees and costs.

Moreno and Hiddencrest HOA hereby stipulate and agree to dismiss with prejudice the Wrongful Foreclosure, Quiet Title, Declaratory Relief, and Slander of Title claims for relief with each party to bear their own attorney's fees and costs.

2

Moreno and ACS hereby stipulate and agree to dismiss with prejudice the Wrongful Foreclosure, Quiet Title, Declaratory Relief, and Slander of Title claims for relief with each party to bear their own attorney's fees and costs.

DATED this 28th day of August, 2017.

| ALDRIDGE PITE, LLP | GORDON & REES, LLP |
|---|---|
| */s/ Jory C. Garabedian*<br>Jory C. Garabedian, Esq. (SBN 10352)<br>520 South 4th Street, Suite 360<br>Las Vegas, Nevada 89101<br>*Attorneys for Federal National Mortgage Association* | */s/ Robert S. Larsen*<br>Robert S. Larsen, Esq. (SBN 7785)<br>300 South 4th Street, Suite 1550<br>Las Vegas, Nevada 89101<br>*Attorneys for Hiddencrest Parkhurst Community Association* |
| FENNEMORE CRAIG, P.C. | BLACK & LOBELLO |
| */s/ Leslie Bryan Hart*<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>*Attorneys for Federal Housing Finance Agency* | */s/ Maximiliano D. Couvillier*<br>Maximiliano D. Couvillier, Esq. (SBN 7661)<br>10777 West Twain Avenue, Suite 300<br>Las Vegas, Nevada 89135<br>*Attorneys for Oscar Moreno* |
| ARNOLD & PORTER, KAYE SCHOLER, LLP | ABSOLUTE COLLECTION SERVICES, LLC |
| */s/ Asim Varma*<br>Asim Varma, Esq.\*<br>Michael A.F. Johnson, Esq.\*<br>601 Massachusetts Avenue NW<br>Washington, DC 20001<br>*Attorneys for Federal Housing Finance Agency*<br>\* *pro hac vice* | */s/ Shane D. Cox*<br>Shane D. Cox, Esq. (SBN 13852)<br>8440 West Lake Mead Blvd., Suite 210<br>Las Vegas, Nevada 89128 |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: September 5, 2017