Laurel I. Handley, Esq. (SBN 9576)
Jory C. Garabedian, Esq. (SBN 10352)
**ALDRIDGE PITE, LLP**
520 South 4th Street, Suite 360
Las Vegas, Nevada 89101
Tel: (858) 750-7600 Fax: (702) 685-6342
*lhandley@aldridgepite.com; jgarabedian@aldridgepite.com*
Attorneys for Federal National Mortgage Association

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 1597 ASHFIELD VALLEY TRUST; DAVID TOTH and SIRWAN TOTH, Trustees,<br><br>Plaintiffs,<br><br>and<br><br>FEDERAL HOUSING FINANCE AGENCY,<br><br>Intervenor.<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; VENTA FINANCIAL GROUP; OSCAR MORENO; DOES 1 through 25; and ROE CORPORATIONS I through X,<br><br>Defendants.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Counterclaimant,<br><br>and<br><br>FEDERAL HOUSING FINANCE AGENCY,<br><br>Intervenor.<br><br>vs.<br><br>1597 ASHFIELD VALLEY TRUST; DAVID TOTH and SIRWAN TOTH, Trustees; HIDDENCREST/ PARKHURST | Case No. 2:14-cv-02123-JCM-GWF<br><br>**<u>FINAL JUDGMENT</u>** |

1

| | |
|---|---|
| 1 | COMMUNITY ASSOCIATION; and ABSOLUTE COLLECTION SERVICES, LLC |
| 2 | |
| 3 | Counter-defendants. |

**FINAL JUDGMENT**

Pursuant to the Joint Status Report (ECF Nos. 153 & 155), the Stipulation to Dismiss Remaining Claims with Prejudice (ECF No. 161), the Stipulation to Withdrawal Lis Pendens (ECF No. 162), and the Stipulation to Enter Final Judgment (ECF No. 163), the Court hereby enters its final judgment and decree as follows:

1. The Deed of Trust recorded against the property located at 1597 Ashfield Valley Avenue, Las Vegas, Nevada 89123 (the "Property") on May 1, 2007 as instrument/document number 20070501-0002398 in the official records of the Clark County Recorder was <u>not</u> extinguished by the NRS 116 foreclosure that occurred on or about August 14, 2012.

2. Consequently, Defendant Federal National Mortgage Association's subsequent foreclosure under the Deed of Trust and subsequent conveyance of the Property to Defendant Oscar Moreno was valid.

3. Accordingly, title and ownership of the Property is hereby quieted in favor of Defendant Oscar Moreno.

4. The *Notice of Pendency of Action* filed by Defendant Federal National Mortgage Association (ECF No. 12) is hereby withdrawn and cancelled.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: September 5, 2017

_____
UNITED STATES DISTRICT JUDGE